UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFIEFFER,<br><br>　　　　Defendant. | No. 1:21-cv-01461-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE WITHIN THIRTY DAYS<br><br>(Doc. No. 6) |

Plaintiff Adam Jay Stone is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2021, the assigned magistrate judge issued findings and recommendations recommending plaintiff's motion to proceed in forma pauperis be denied and he be directed to pay the $402.00 filing fee, having demonstrated the financial ability to do so.  (Doc. No. 6.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 3.)

On October 12, 2021, Plaintiff filed "objections" to the findings and recommendations in which he requests the money be deduced from his prison trust account.  (Doc. No. 7.)

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 30, 2021, (Doc. No. 6), are adopted in full;
2. Plaintiff shall arrange for deduction of the filing fee from his prison trust account and submit the $402.00 filing fee within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 26, 2021**                    /s/ Dale A. Drozd
                                                  UNITED STATES DISTRICT JUDGE

2