1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  ADAM JAY STONE,                          Case No.  1: 21-cv-01461-NONE-SAB (PC)

12            Plaintiff,                      ORDER GRANTING PLAINTIFF'S
                                             MOTION TO FILE AMENDED
13        v.                                 COMPLAINT

14  C. PFIEFFER, et al.,                     (ECF No. 18)

15            Defendants.

16  _____

17        Plaintiff Adam Jay Stone is proceeding *pro se* in this civil rights action pursuant to 42

18  U.S.C. § 1983.  This action was filed on September 30, 2021.  (ECF No. 1.)  On October 27,

19  2021, the District Judge adopted findings and recommendations denying Plaintiff's application to

20  proceed *in forma pauperis*.  (ECF No. 11.)  On December 17, 2021, Plaintiff paid the filing fee

21  for this action.  On December 27, 2021, Plaintiff filed a motion for leave to file an amended

22  complaint to amend the prayer for relief.  (ECF No. 18.)  Given no Defendants have yet appeared

23  in this action, the Court finds good cause to grant the Plaintiff's motion.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion for leave to file an amended complaint is GRANTED; and

2.      Plaintiff shall file the first amended complaint within fourteen (14) days of service of this order.

IT IS SO ORDERED.

Dated:   **December 28, 2021**

UNITED STATES MAGISTRATE JUDGE