UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFIEFFER,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01461-DAD-SAB (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE WAIVERS OF SERVICE<br><br>(ECF No. 33) |

Plaintiff Adam Jay Stone is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file waivers of service, filed June 6, 2002.

Good cause having been presented, it is HEREBY ORDERED that Defendants are granted fifteen (15) days from the date of service of this order to file waivers of service of process.

IT IS SO ORDERED.

Dated: __**June 6, 2022**__　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1