# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>        Plaintiff,<br><br>   v.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER VACATING OCTOBER 3, 2022, PURSUANT TO PLAINTIFF'S REQUEST<br><br>(ECF No. 45) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 3, 2022, the Court granted Plaintiff's motion to amend the complaint to specify the amount of damages sought as relief. (ECF No. 45.)

On October 13, 2022, Plaintiff filed a request to disregard his motion to amend the complaint. (ECF No. 46.)

Inasmuch as Plaintiff has now withdrawn his motion to amend the complaint, the Court's October 3, 2022 order is VACATED, and the action shall proceed on Plaintiff's first amended complaint, filed on January 10, 2022.

IT IS SO ORDERED.

Dated:  **October 14, 2022**

UNITED STATES MAGISTRATE JUDGE

1