# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 49, 54) |

　　　　Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On October 20, 2022, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on January 17, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 49.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

　　　　On November 21, 2022, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 54.)

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for January 17, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**November 22, 2022**__

UNITED STATES MAGISTRATE JUDGE

2