# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>          Plaintiff,<br><br>     v.<br><br>C. PFEIFFER, et al.,<br><br>          Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CORRECT COURT ERROR<br><br>(ECF No. 60) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to correct the Court error, filed December 5, 2022. Plaintiff contends that the Court erroneously determined that Defendants timely filed an answer to the operative complaint in this action. (ECF No. 60.) Plaintiff's motion must be denied.

This action is proceeding against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson for excessive force in violation of the Eighth Amendment. (ECF No. 30.)

On May 4, 2022, Defendants filed a waiver of intent to waive service of process. (ECF No. 32.) After receiving two extensions of time, Defendants filed a timely answer to the complaint on October 19, 2022. (ECF Nos. 39, 44, 48.) Consequently, Plaintiff's motion to correct a court error, filed on December 15, 2022, is DENIED.

IT IS SO ORDERED.

Dated:   **December 7, 2022**

                                         UNITED STATES MAGISTRATE JUDGE