# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>  Plaintiff,<br><br>  v.<br><br>C. PFEIFFER, et al.,<br><br>  Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONFIDENTIAL SETTLEMENT NEGOTIATIONS, WITHOUT PREJUDICE<br><br>(ECF No. 63) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for confidential settlement negotiations, filed December 8, 2022.

On October 20, 2022, the Court set this case for settlement conference before Magistrate Judge Barbara A. McAuliffe and allowed Defendants to opt-out of the settlement conference within thirty days. (ECF No. 49.) Defendants timely filed a notice to opt-out of the settlement conference on November 21, 2022.

Plaintiff now seeks to have confidential settlement negotiations with Defendants. Plaintiff is advised that he is free to reach out to defense counsel regarding settlement negotiations and if both parties believe that a settlement conference will be beneficial, they may contact the Court to facilitate a confidential settlement conference by an assigned Magistrate

///

1

Judge. Accordingly, Plaintiff's motion for confidential settlement negotiations is denied, without prejudice.

IT IS SO ORDERED.

Dated: **December 12, 2022**

_____
UNITED STATES MAGISTRATE JUDGE