# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 85) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to modify the discovery and scheduling order, filed May 17, 2023.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to **June 5, 2023**.

IT IS SO ORDERED.

Dated:  **May 18, 2023**

UNITED STATES MAGISTRATE JUDGE

1