# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER RE: PLAINTIFF'S STATUS REPORT<br><br>(ECF No. 88) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 30, 2023, Plaintiff filed a "status report" in which he sets forth the ongoing status of the discovery process between the parties. However, as stated in the Court's first informational order, discovery requests shall not be filed with the Court and if a response to discovery is found to be unsatisfactory, the proper remedy is to file a motion to compel discovery in compliance with Federal Rule of Civil Procedure 37. (ECF No. 3, at 4-5.) Here, Plaintiff has not properly filed a motion to compel, and the Court cannot discern what discovery, if any, is at issue. Indeed, Plaintiff indicates that he "is going to request the Court for a motion to compel soon." (ECF No. 88 at 4.) If Plaintiff wishes to file a motion to compel, he must comply with Federal Rule of Civil Procedure 37, which includes attaching a copy of the discovery requests at issue and demonstrating that any specific response thereto is deficient. Plaintiff is advised that the filing of a "status report" in anticipation of filing and

submitting future motions is improper.  Accordingly, Plaintiff's "status report" is disregarded as improperly filed with the Court.

IT IS SO ORDERED.

Dated:  **May 31, 2023**

UNITED STATES MAGISTRATE JUDGE