# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY OF PENDING DEADLINES<br><br>(ECF No. 92) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to stay discovery and modify the discovery and scheduling order, filed June 6, 2023.

On June 5, 2023, Defendants filed an exhaustion motion for summary judgment. (ECF No. 91.) On the basis of good cause, it is HEREBY ORDERED that:

　　1.　Discovery, including deadlines related to any outstanding discovery responses and brief regarding Plaintiff's motion to compel, is STAYED; and

　　2.　The remaining discovery and dispositive motion deadlines are VACATED to be reset in a separate order.

IT IS SO ORDERED.

Dated:　**June 7, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE