# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF Nos. 90, 98, 99) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 2, 2023 and June 15, 2023, Plaintiff filed separate motions to compel. (ECF Nos. 90, 98, 99.) Defendants have not filed an opposition or statement of no opposition. Local Rule 230(l) ("Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...."). Accordingly, it is HEREBY ORDERED that within **fifteen (15)** days from the date of service of this order, Defendants shall file an opposition or statement of no opposition to Plaintiff's motions to compel filed on June 2, 2023 and June 15, 2023. (ECF Nos. 90, 98, 99.)

IT IS SO ORDERED.

Dated: **July 12, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE