UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>              Plaintiff,<br><br>       v.<br><br>ANDERSON, et al.,<br><br>              Defendants. | Case No.:  1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF DEPOSITION TRANSCRIPT<br><br>(ECF No. 105) |

      Plaintiff Adam Jay Stone is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

      Currently before the Court is Plaintiff's motion for a copy of the deposition transcript, July 20, 2023.  Plaintiff seeks a copy of the deposition that was filed on June 7, 2023, stating Defendants refuse to provide a copy.

      The officer must furnish a copy of the deposition to plaintiff upon payment of reasonable charges.  Fed. R. Civ. Pro. 30(f)(3).  There is no provision under the Federal Rules or the Local Rules for free copies of deposition transcripts.  Further, the expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress.  See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).  The *in forma pauperis* statute does not authorize the expenditure of public funds for the purpose sought by Plaintiff in the instant motion.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a copy of the transcript of the deposition, (ECF No. 105), is DENIED.

IT IS SO ORDERED.

Dated: **July 21, 2023**

UNITED STATES MAGISTRATE JUDGE