UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01461-ADA-SAB (PC)<br><br>**AMENDED** ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ADAM JAY STONE**, CDCR # BG-8285<br><br>DATE: November 6, 2023<br>TIME:  8:30 a.m. |

**Inmate Adam Jay Stone, CDCR #BG-8285**, a necessary and material witness on his behalf in a settlement conference on November 6, 2023 at 8:30 a.m., is confined at Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear in person before Magistrate Judge Erica P. Grosjean on November 6, 2023, at 8:30 a.m. at the California State Prison, Corcoran (CSP-COR), 4001 King Avenue, Corcoran, CA 93212.**

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:    **October 10, 2023**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

