1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   ADAM JAY STONE,                        No.  1:21-cv-01461-ADA-SAB (PC)

12                  Plaintiff,              ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND DENYING
13        v.                               DEFENDANTS' EXHAUSTION MOTION
                                           FOR SUMMARY JUDGMENT
14   C. PFIEFFER, et al.,
                                           (ECF Nos. 91, 114)
15                  Defendants.

16

17        Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to

18   42 U.S.C. § 1983.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 11, 2023, the assigned Magistrate Judge issued findings and

21   recommendations, recommending that the Court deny Defendants' exhaustion motion for

22   summary judgment.  (ECF No. 114.)  The findings and recommendations were served on the

23   Parties and contained notice that objections were to be filed within twenty-one days after service.

24   (*Id.* at 13.)  No objections were filed and the time to do so has passed.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

26   de novo review of this case.  Having carefully reviewed the entire file, the Court concludes the

27   findings and recommendations are supported by the record and proper analysis.

28   ///

Accordingly,

1. The findings and recommendations issued on September 11, 2023, (ECF No. 114), are ADOPTED in FULL; and

2. Defendants' motion for summary judgment for failure to exhaust administrative remedies, (ECF No. 91), is DENIED.

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE