UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>            Plaintiff,<br><br>     v.<br><br>C. PFEIFFER, et al.,<br><br>            Defendants. | No. 1:21-cv-01461-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S MOTIONS TO COMPEL<br><br>(ECF No. 128) |

    Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' request to extend the time to respond to Plaintiff's pending motions to compel, filed November 27, 2023.

    Upon consideration of the motion and on the basis of good cause, it is HEREBY ORDERED that Defendants response shall be filed on or before **January 15, 2024**. No further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated:   **November 28, 2023**

                             UNITED STATES MAGISTRATE JUDGE

1