UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>            Plaintiff,<br><br>      v.<br><br>C. PFEIFFER, et al.,<br><br>            Defendants. | No. 1:21-cv-01461-KES-SAB (PC)<br><br>ORDER REASSIGNING DISTRICT JUDGE KIRK E. SHERIFF TO CASE FOR LIMITED PURPOSE OF RULING ON MOTION TO WITHDRAW CONSENT<br><br>(ECF No. 180) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's excessive force claim against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson in violation of the Eighth Amendment.

Pursuant to 28 U.S.C. § 636(c)(1), the Court was informed that all parties had consented to conduct all further proceedings in this action before a U.S. Magistrate Judge, including trial and entry of judgment. (ECF No. 10 (Plaintiff's consent); ECF No. 178 (Defendants' consent).) Therefore, on October 21, 2024, District Judge Kirk E. Sheriff issued an order assigning this action to the undersigned for all purposes pursuant to the consent of all parties. (ECF No. 179.)

On November 1, 2024, Plaintiff filed a motion to withdraw his consent to this Judge. (ECF No. 180.) Only a District Judge may rule on a motion to withdraw consent to Magistrate Judge jurisdiction. Branch v. Umphenour, 936 F.3d 994, 1003 (9th Cir. 2019).

///

1

  Accordingly, the Clerk of the Court is HEREBY DIRECTED to reassign District Judge Kirk. E. Sheriff to this action for the limited purpose of the disposition of Plaintiff's motion to withdraw consent to Magistrate Judge jurisdiction, (ECF No. 180).

IT IS SO ORDERED.

Dated:  **November 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE