UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE<br><br>(ECF No. 186) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding Plaintiff's excessive force claim against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson in violation of the Eighth Amendment. The

On December 5, 2024, the Court issued the trial scheduling order setting this case for jury trial on April 29, 2025.  (ECF No. 185.)

On December 9, 2024, Plaintiff filed a motion for a pretrial conference, self-dated December 3, 2024.  (ECF No. 186.)  Plaintiff requests a pretrial conference to discuss discovery issues, the possibility of amending the complaint, admission and exclusion of evidence, settlement offers, identity of witnesses of documents, subpoenas, and any other issues.  (Id.)

Plaintiff's request shall be denied.  As an initial matter, Plaintiff is advised that the discovery and amendment deadlines have expired and any requests related thereto will not now be entertained prior to trial.  The Court's trial scheduling order set forth all of the applicable

1

requirements and deadlines in order for the case to proceed to jury trial on April 29, 2025.  In addition, as stated in the Court's December 5, 2024, order, the Court may vacate the pretrial and motions in limine hearings if deemed not necessary.  (ECF No. 185 at 12.)  Thus, at this juncture, Plaintiff is advised to review the Court's trial scheduling order and focus his efforts on complying with all of the necessary pretrial requirements. Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a pretrial conference is DENIED.

IT IS SO ORDERED.

Dated:   **December 12, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2