UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>              Plaintiff,<br><br>v.<br><br>C. PFEIFFER,<br><br>              Defendant. | Case No. 1:21-cv-01461-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ADAM JAY STONE**, CDCR #BG-8285<br><br>DATE: February 3, 2025<br>TIME: 8:30 a.m. |

      **Inmate Adam Jay Stone, CDCR #BG-8285**, a necessary and material witness on his behalf in a settlement conference on **February 3, 2025**, **at 8:30 a.m.**, is confined at the Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear <u>in person</u>** before a Magistrate Judge on February 3, 2025, at 8:30 a.m. at the California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear <u>in person</u>** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of Kern Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above **to appear in person, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 6, 2025**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

