UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>C. PFEIFFER, et al., <br><br>　　　　　Defendants. | No. 1:21-cv-01461-SAB (PC) <br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF UNINCARCERATED WITNESS INFORMATION <br><br>(ECF No. 191) |

　　　　Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is currently set for jury trial on April 29, 2025.

　　　　Currently before the Court is Plaintiff's notification of unincarcerated witnesses who refuse to testify voluntarily, filed January 9, 2025.   (ECF No. 191.)

　　　　Pursuant to the Court's December 5, 2024 scheduling order, after notifying the Court of the names and locations of any unincarcerated witnesses who refuse to testify voluntarily, "[t]he Court will calculate the travel expense for each unincarcerated witness and notify Plaintiff of the amount(s)." (ECF No. 185, p. 9.) "Plaintiff must then, for each witness, submit a money order made payable to the witness for the full amount of the witness's travel expenses plus the daily witness fee of $40.00." (Id.)

///

///

1

Plaintiff lists the following unincarcerated witnesses: (1) Korine Campos; (2) N. De Jesus; (3) J. Gaddis; (4) Benito; (5) Harpreet Singh; (6) lieutenant Jeffery Brown; (7) Constance Waddle; (8) E. Stark; (9) lieutenant J. Neighbor; (10) R. Munoz; (11) D. Peterson; (12) A. Leyva; (13) E. Moseley; (14) lieutenant Larry Moore; (15) C. Rojas; (16) B. Sparks; (17) C. Vargas; (18) G. Villagomez; (19) C. Urrutia; (20) S. Lovett, Jr.; (21) V. Escobedo; (22) R. Wood; (23) S. Johnson;[1] (24) Vernon Grant;[2] and (25) Gordon Bowles.[3]  (ECF No. 191.)  As Plaintiff timely submitted notice of the names and locations for the unincarcerated witnesses who refuse to testify voluntarily, the witness fee for each witness is set forth below. The amount is based on the daily witness fee of $40.00, plus round-trip mileage at the current reimbursement rate of $0.70 per mile. 28 U.S.C. § 1821.

Thus, if Plaintiff wishes to have witnesses located at Kern Valley State Prison served with a summonses to testify at trial, then Plaintiff must submit a money order, made out to each of the witness, in the amount of $97.15.[4]  If Plaintiff wishes to have witness number 24 served with a summons, he must submit a money order, made out to the witness, in the amount of $130.33.[5] Lastly, if Plaintiff wishes to have witness number 25 served with a summons, he must submit a money order, made out to the witness, in the amount of $29.40.[6]

Accordingly, it is HEREBY ORDERED as follows:

1. Plaintiff's submission of the money orders in the amounts listed above is due on or before **January 21, 2025**; and

///

///

---

[1] For witnesses 1 through 23, Plaintiff lists Kern Valley State Prison as the location of these witnesses.  (ECF No. 191.)

[2] Plaintiff lists 1752 Drew Circle, 134, Davis, CA. 95618 as the location for this witness.  (Id.)

[3] Plaintiff lists 1752 South Demaree St., Visalia, CA. 93277 as the location for this witness.  (Id.)

[4] It is 81.65 miles, round-trip, from that location to the courthouse.

[5] It is 186.19 miles, round-trip, from the location listed to the courthouse.

[6] It is 42.00 miles, round-trip, from the location listed to the courthouse.

      2. Plaintiff is advised that the Court cannot accept cash, and money orders cannot be made out to the Court, but must be made out to the individual witness in that witness's name.

IT IS SO ORDERED.

Dated: **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge