1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>        Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING SUBMISSION OF MONEY ORDERS AND DIRECTING CLERK OF COURT TO RETURN EXTRA MONEY ORDERS |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently set for jury trial on April 29, 2025.

On January 8, 2025, pursuant to the Court's trial scheduling order, Plaintiff filed a motion for attendance of incarcerated witnesses and a notice of unincarcerated witnesses who refuse to testify voluntarily. (ECF Nos. 190, 191.)

On January 13, 2025, the Court issued an order calculating the travel expense for each unincarcerated witness and advised Plaintiff of the amounts of the money orders that must be tendered to the Court. (ECF No. 192.)

After receiving an extension of time, the Court received 25 money orders from Plaintiff on January 22, 2025. (ECF No. 200.)

Upon review of the money orders, Plaintiff mistakenly sent **two** separate money orders made out to witness #24 Vernon Grant--one in the amount of $170.33 and the other in the amount

1

of $130.33.[1]  The Court also received two separate money orders made out to witness #25 Gordon Bowles—one in the amount $69.40 and the other in the amount of $29.40.[2,3]  However, Plaintiff did not submit money orders for witness #22 R. Wood and witness #23 S. Johnson.

Because Plaintiff mistakenly sent 2 money orders in the wrong amount for witnesses Vernon Grant (#22079836956 in the amount of $130.33) and Gordon Bowles (#22079836957 in the amount of $29.40), the Court will return these money orders to Plaintiff or Christine M. Hesse, if Plaintiff provides an address.  (ECF No. 200.)  In addition, if Plaintiff intends to have witnesses **R. Wood** and **S. Johnson** appear for trial, he must submit the appropriate money orders in the amount of $97.15 on or before **February 10, 2025**.

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30)** days from the date of service of this order, Plaintiff shall inform the Court whether he wishes the two money orders to be returned to him or Christine M. Hesse at an address to be provided; and

2. On or before **February 10, 2025**, Plaintiff may submit money orders for witnesses R. Wood and S. Johnson.

IT IS SO ORDERED.

Dated:   **January 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The correct witness fees for Vernon Grants, which includes the $40.00 fee plus mileage is $170.33.

[2] The correct witness fees for Gordon Bowles, which includes the $40.00 fee plus mileage is $69.40.

[3] Plaintiff also notes that the Court address for witness #25 Gordon Bowles is 1740 South Demaree St., Visalia, CA 93277.