UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　　Defendants. | No.  1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING SUBMISSION OF MONEY ORDERS FOR ATTENDANCE OF UNINCARCERATED WITNESSES AT JURY TRIAL |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is currently set for jury trial on April 29, 2025.

On January 8, 2025, pursuant to the Court's trial scheduling order, Plaintiff filed a motion for attendance of incarcerated witnesses and a notice of unincarcerated witnesses who refuse to testify voluntarily. (ECF Nos. 190, 191.)

On January 13, 2025, the Court issued an order calculating the travel expense for each unincarcerated witness and advised Plaintiff of the amounts of the money orders that must be tendered to the Court. (ECF No. 192.)

After receiving an extension of time, the Court received 25 money orders from Plaintiff on January 22, 2025.[1]  (ECF No. 200.)  However, Plaintiff is advised that, upon further review, the

---

[1] Plaintiff mistakenly sent **two** separate money orders made out to witness Vernon Grant--one in the amount of $170.33 and the other in the amount of $130.33.[1]  The Court also received two separate money orders made out to

1

Court erred in calculating the mileage fee due for each witnesses by computing the fees for one-way travel, and not **round-trip** travel as required by 28 U.S.C. § 1821. Therefore, additional witness **mileage** fees are due.

For Kern Valley State Prison witnesses Korine Campos, N. De Jesus, J. Gaddis, Benito, Harpreet Singh, lieutenant Jeffery Brown, Constance Waddle, E. Stark, lieutenant J. Neighbor, R. Munoz, D. Peterson, A. Leyva, E. Moseley, lieutenant Larry Moore, C. Rojas, B. Sparks, C. Vargas, G. Villagomez, C. Urrutia, S. Lovett, Jr., V. Escobedo, R. Wood, S. Johnson, Plaintiff shall submit an additional money order in the amount of **$57.15** for each of these witnesses.[2]

With regard to witness Vernon Grant, Plaintiff shall submit an additional money order in the amount of $**130.33**.[3]

Lastly, with regard to witness Gordon Bowles, Plaintiff shall submit an additional money order in the amount of **$29.40**.[4]

Accordingly, it is HEREBY ORDERED as follows:

1. Plaintiff's submission of the additional money orders in the amounts listed above is due on or before **February 19, 2025**; and

2. Plaintiff is advised that the Court cannot accept cash, and money orders must be made out to the individual witness in that witness's name.

IT IS SO ORDERED.

Dated:   **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

witness Gordon Bowles—one in the amount $69.40 and the other in the amount of $29.40. However, Plaintiff did not submit money orders for witness R. Wood and witness S. Johnson. On January 27, 2025, the Court advised Plaintiff that it would return the extra money orders to Plaintiff or Christine M. Hesse, if provided an address, and Plaintiff was granted until February 10, 2025, to submit money orders for witnesses R. Wood and S. Johnson if so desired. (ECF No. 201.)

[2] It is 81.65 miles, round-trip, from Kern Valley State Prison to the courthouse.

[3] It is 186.19 miles, round-trip, from 1752 Drew Circle, Davis, CA to the courthouse.

[4] It is 42.00 miles, round-trip, from 1740 South Demaree St., Visalia, CA to the courthouse.

2