**FILED**

FEB 0 3 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>    Plaintiff,<br><br>v.<br><br>PFIEFFER, *et al.*,<br><br>    Defendants. | Case No.: 1:21-cv-01461-SAB (PC)<br><br>ORDER THAT INMATE ADAM JAY STONE IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A settlement conference in this matter commenced on February 3, 2025 at California State Prison, Corcoran. Inmate Adam Jay Stone, CDCR #BG-8285, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/3/25

_____
UNITED STATES MAGISTRATE JUDGE