UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDERSON, et al.,<br><br>          Defendants. | No.  1:21-cv-01461-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 10 DAYS** |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter is set for jury trial on April 29, 2025.

Plaintiff has submitted fees made payable to witnesses Korine Campos, N. De Jesus, J. Gaddis, Benito, Harpreet Singh, lieutenant Jeffery Brown, Constance Waddle, E. Stark, lieutenant J. Neighbors, R. Munoz, D. Peterson, A. Leyva, E. Moseley, lieutenant Larry Moore, C. Rojas, B. Sparks, C. Vargas, G. Villagomez, C. Urrutia, S. Lovett, Jr., V. Escobedo, Vernon Grant, and Gordon Bowles, being commanded to appear at trial on April 29, 2025.[1,2]

---

[1] As stated in the Court's January 27, 2025 order, Plaintiff did not submit the required fees for witnesses R. Wood and S. Johnson, and the Court has not received any fees for witnesses R. Wood and/or S. Johnson.  (ECF No. 201.)  However, the Court did receive two extra money orders, one made out to Vernon Grant (# 22079836956), and the second made out to Gordon Bowles (# 22079836957), which will be returned to Plaintiff or Christine M. Hesse, when Plaintiff advises to whom they should be returned.  (Id.)

[2] The Court notes that Plaintiff has not submitted the additional mileage files for witnesses Korine Campos, N. De Jesus, J. Gaddis, Benito, Harpreet Singh, lieutenant Jeffery Brown, Constance Waddle, E. Stark, lieutenant J. Neighbors, R. Munoz, D. Peterson, A. Leyva, E. Moseley, lieutenant Larry Moore, C. Rojas, B. Sparks, C. Vargas,

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

(1) Twenty-Three (23) completed and issued subpoenas to be served on:[3]

> **Korine Campos**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **N. De Jesus**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **J. Gaddis**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **Benito**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **Harpreet Singh**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **Jeffrey Brown (Lieutenant)**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **Constance Waddle**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**
>
> **E. Stark**
> **Kern Valley State Prison,**
> **3000 W. Cecil Avenue, Delano, CA 93215**

///

---

G. Villagomez, C. Urrutia, S. Lovett, Jr., and V. Escobedo, as directed to so by order issued on February 5, 2025. (ECF No. 207.)

[3] As advised in the Court's trial scheduling order, it is Plaintiff's responsibility to provide the correct name and appropriate addresses for service of all witnesses and his failure to do so correctly may result in the U.S. Marshal's inability to serve those individuals. (ECF No. 185.)

**J. Neighbors (Lieutenant)**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**R. Munoz**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**D. Peterson**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**A. Leyva**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**E. Moseley**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**Larry More (Lieutenant)**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**C. Rojas**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**B. Sparks**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**C. Vargas**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**G. Villagomez**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**C. Urrutia**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**S. Lovett, Jr.**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**V. Escobedo**
**Kern Valley State Prison,**
**3000 W. Cecil Avenue, Delano, CA 93215**

**Vernon Grant**
**Address Submitted by Plaintiff to be Provided by the Court**

**Gordon Bowles**
**Address Submitted by Plaintiff to be Provided by the Court**

(2) Twenty-Three (23) completed USM-285 forms;

(3) One money order # 22079836935, made payable to Korine Campos;

(4) One money order # 22079836936, made payable to N. De Jesus;

(5) One money order # 22079836937, made payable to J. Gaddis;

(6) One money order # 22079836938, made payable to Benito;

(7) One money order # 22079836939, made payable to Harpreet Singh;

(8) One money order # 22079836940, made payable to Jeffrey Brown;

(9) One money order # 22079836941, made payable to Constance Waddle;

(10) One money order # 22079836942, made payable to E. Stark;

(11) One money order # 22079836943, made payable to J. Neighbors;

(12) One money order # 22079836944, made payable to R. Munoz;

(13) One money order # 22079836945, made payable to D. Peterson;

(14) One money order # 22079836946, made payable to A. Leyva;

(15) One money order # 22079836947, made payable to E. Moseley;

(16) One money order # 22079836948, made payable to Larry Moore;

(17) One money order # 22079836949, made payable to C. Rojas;

(18) One money order # 22079836950, made payable to B. Sparks;

(19) One money order # 22079836951, made payable to C. Vargas;

(20) One money order # 22079836952, made payable to G. Villagomez;

(21) One money order # 22079836953, made payable to C. Urrutia;

(22) One money order # 22079836954, made payable to S. Lovett, Jr.;

(23) One money order # 22079836955, made payable to V. Escobedo;

    (24) Two money orders # 22079836958 and # 1981434316, made payable Vernon Grant; and

    (25) Two money orders # 22079836959 and # 1981434317, made payable to Gordon Bowles.

    (26) Twenty-Four (24) copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2. Within **ten (10)** days from the date of service of this order, the United States Marshal is directed to serve the **subpoenas, money orders, and a copy of this order** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. If a motion to quash the subpoena is filed it shall be served on Plaintiff, Adam Jay Stone, CDCR No. BG-8285, at Kern Valley State Prison, P.O. Box 3030, Delano, CA 93216, <u>and</u> Defendants' counsel, John W. Nam, at the California Attorney General's Office, 300 South Spring St., Suite 1702, Los Angeles, CA 90013.[4]

4. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **fourteen (14)** days after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[4] "A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Fed. R. Civ. P. 45(d)(1).