UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDERSON, et al.,<br><br>            Defendants. | No.  1:21-cv-01461-SAB (PC)<br><br>SECOND ORDER DIRECTING SERVICE OF SUBPOENAS ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 10 DAYS** |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter is set for jury trial on April 29, 2025.

On February 27, 2025, Plaintiff submitted the fees made payable to witnesses R. Wood and S. Johnson being commanded to appear at trial on April 29, 2025, at 8:30 a.m.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

///

///

---

[1] Plaintiff did not submit the additional mileage fee for these witnesses as directed in the Court's February 5, 2025. (ECF No. 207.)

1

(1) Two (2) completed and issued subpoenas to be served on:[2]

**Rachel Wood**
**Kern Valley State Prison**
**Veterans Integration Project**
**C/O Mental Health Department**
**P.O. Box 3130**
**3000 W. Cecil Avenue**
**Delano, CA 93216**

**S. Johnson**
**Veterans Integration Project**
**C/O Mental Health Department**
**P.O. Box 3130**
**3000 W. Cecil Avenue**
**Delano, CA 93216**

(2) Two (2) completed USM-285 forms;

(3) One money order # 1981434335, made payable to R. Woods;

(4) One money order # 1981434336, made payable to S. Johnson; and

(5) Three (3) copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2. Within **ten (10)** days from the date of service of this order, the United States Marshal is directed to serve **the subpoenas, money orders, and a copy of this order** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. If a motion to quash the subpoena is filed it shall be served on Plaintiff, Adam Jay Stone, CDCR No. BG-8285, at Kern Valley State Prison, P.O. Box 3030, Delano, CA 93216, <u>and</u> Defendants' counsel, John W. Nam, at the California Attorney General's Office, 300 South Spring St., Suite 1702, Los Angeles, CA 90013.[3]

4. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil

---

[2] As advised in the Court's trial scheduling order, it is Plaintiff's responsibility to provide the correct name and appropriate addresses for service of all witnesses and his failure to do so correctly may result in the U.S. Marshal's inability to serve those individuals. (ECF No. 185.)

[3] "A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Fed. R. Civ. P. 45(d)(1).

Procedure and 28 U.S.C. § 566(c).

5. Within **fourteen (14)** days after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:   **February 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3