UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDERSON, et al.,<br><br>          Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING RETURN OF SUBPOENAS AS UNEXECUTED<br><br>(ECF Nos. 225, 226, 230, 233, 234, 236, 237) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 27, 2025, the Court ordered the United States Marshal to serve subpoenas on the witnesses for which Plaintiff submitted the applicable fees. (ECF Nos. 217, 218.)

On March 7, 2025, the following subpoenas were returned as unexecuted as to witnesses: J. Gaddis, Gordon Bowles, E. Moseley, D. Peterson, C. Rojas, B. Sparks, and E. Stark.[1] (ECF Nos. 225, 226, 230, 233, 234, 236, 237.)

With regard to J. Gaddis, E. Moseley, D. Peterson, C. Rojas, B. Sparks, and E. Stark, the United States Marshal noted these witnesses no longer work at Kern Valley State Prison. (ECF Nos. 225, 230, 233, 234, 236, 237.) With regard to Gordon Bowles, the United States Marshal

---

[1] The Court notes that the returned subpoenas were all served on Plaintiff at his address of record.

1

noted the "House manager advised that subject does not live at residence and has not lived there in over a year[.]"  (ECF No. 226.)

As Plaintiff was previously advised, it is his responsibility to correctly identify the witness and provide the current address for service of the subpoena.  As noted above, the United States Marshal was not able to serve witnesses J. Gaddis, Gordon Bowles, E. Moseley, D. Peterson, C. Rojas, B. Sparks, E. Stark, because they could not be located at the address provided by Plaintiff.  Plaintiff is informed that given the short amount of time remaining before the trial date, unless he promptly provides a current and correct address for these witnesses, they will not be able to be timely served by the United States Marshal.

IT IS SO ORDERED.

Dated:   **March 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge