UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDERSON, et al.,<br><br>            Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR RETURN OF EXTRA MONEY ORDERS<br><br>(ECF No. 247) |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for the return of the extra moneys, filed March 20, 2025.

As stated in the Court's January 27, 2025, order, Plaintiff previously submitted two money orders addressed to Vernon Grant (#22079836956 in the amount of $130.33) and Gordon Bowles (#22079836957 in the amount of $29.40). Plaintiff now seeks the return of these money orders to Christine Hesse, but did not provide a mailing address as directed to do so.[1] (ECF Nos. 200, 247.)

---

[1] The Court notes that witness Vernon Grant was served on March 19, 2025, and service was returned unexecuted as to Gordon Bowles. (ECF Nos. 226, 249.)

1

However, because the Court has not received the additional round-trip mileage fee of $130.33 for Vernon Grant (see ECF No. 207), the Court will retain money order #22079836956, to be provided to Vernon Grant, if present at trial. The Court will return the money order #22079836957 in the amount of $29.40 for Gordon Bowles, to Christine Hess, if and when Plaintiff provides a mailing address.

IT IS SO ORDERED.

Dated:  **March 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge