UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE, | No.  1:21-cv-01461-SAB (PC) |
| Plaintiff, | ORDER RE ELECTRONIC EVIDENCE AT TRIAL |
| v. | |
| ANDERSON, et al., | |
| Defendants. | |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is set for jury trial on April 29, 2025.

The Court conducted a pretrial conference on March 21, 2025, and the pretrial order issued on that day.  (ECF Nos. 250, 252.)

Because the parties may admit video evidence during trial, Defendants are advised that they may submit all of their evidence electronically as has been done in the past.[1]  Plaintiff will continue to physically submit his evidence.  Simultaneously with the issuance of this order, the courtroom deputy will email Defendants the links to upload documents and the links to review the documents in Box.

///

---

[1] However, the mere fact that the evidence is submitted electronically does not render such evidence automatically admissible.

1

On or before **April 22, 2025**, all documents, except for video and audio files, may be submitted by Defendants in PDF format by uploading the document to the party's Box link.  Video and audio files shall be uploaded to Box in the format as set forth in the Eastern District of California website under "Attorney Info" then "Electronic Evidence Submission/Presentation" and proceed to section entitled "Acceptable Audio and Video Formats."  The Defendant may submit evidence in physical format, but any video evidence will need to be submitted in this fashion for review by the jury (assuming evidence is admitted).

Impeachment evidence used at trial shall be marked with an exhibit number and uploaded to Box within twenty-four hours of use at trial.

At the conclusion of each day of trial, the parties shall be required to participate in an exhibits conference with the Courtroom Clerk to confer regarding the exhibits that were admitted into evidence that day.

IT IS SO ORDERED.

Dated:   **March 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2