UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>             Plaintiff,<br><br>v.<br><br>ANDERSON, et al.,<br><br>             Defendants. | Case No. 1:21-cv-01461-SAB (PC)<br><br>ORDER WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE ADAM JAY STONE**, CDCR No. BG-8285<br><br>**DATE: April 29, 2025**<br>**TIME:  8:30 a.m.** |

**Inmate Adam Jay Stone, CDCR No. BG-8285**, a necessary and material participant on his own behalf in proceedings in a jury trial on April 29, 2025, at 8:30 a.m., is confined at the Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear <u>in person</u> at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on April 29, 2025, at 8:30 a.m. and each date thereafter until the civil jury trial is complete.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person, <u>along with his legal property</u>,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison:**

**WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **March 28, 2025**

                                       STANLEY A. BOONE
                                       United States Magistrate Judge

