UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>              Plaintiff,<br><br>   v.<br><br>ANDERSON, et al.,<br><br>             Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER VACATING MOTIONS IN LIMINE HEARING SET FOR APRIL 10, 2025 |

Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently set for jury trial on April 29, 2025.

Pursuant to the Court's March 21, 2025, pretrial order, a hearing is set for April 10, 2025, to hear the parties' motions in limine. Based on a review of the parties' motions in limine, the Court finds a hearing is not necessary. Accordingly, it is HEREBY ORDERED that the April 10, 2025 motions in limine hearing is VACATED, and the Court will issue a written order on the parties' motions in limine is due course.

IT IS SO ORDERED.

Dated: **April 7, 2025**

                                      STANLEY A. BOONE
                                      United States Magistrate Judge