UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDERSON, et al.,<br><br>    Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO PRETRIAL ORDER<br><br>(ECF No. 268) |

    Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently set for jury trial on April 29, 2025.

    On March 21, 2025, the Court issued the pretrial order and ordered that any objections were to be filed on or before March 28, 2025. (ECF No. 252.) Plaintiff filed objections on April 3, 2025. (ECF No. 268.) Therein, Plaintiff submits that he does not have access to a computer, internet, email, Ninth Circuit jury instructions, and exhibit stickers. Plaintiff also states that he has already submitted his discovery responses and he was provided photos from Defendants on or about February 21, 2025.

    Plaintiff's objections are noted but do not substantively challenge the March 21, 2025, pretrial order. As stated at the pretrial hearing and in the pretrial order, Plaintiff is not entitled to access to a computer and he will be provided access to a projector with zoom capability at counsel table to display admissible evidence for the jury. With regard to limited access to legal

1 materials, Plaintiff is in no different position than all other inmate pro se plaintiffs who litigate
2 their cases to jury trial while being imprisoned.  Further, Plaintiff is advised that the Court has an
3 independent obligation to apply the correct law and draft the applicable jury instructions, jury
4 verdict form, and statement of the case, and Plaintiff will not be prejudiced by the failure to
5 submit proposed filings.  Thus, submission of proposed jury instructions and jury verdict form are
6 optional.  Indeed, the Court is aware of the difficulties that prisoners proceeding pro se have in
7 accessing the law and preparing trial documents.  For that reason, the Court will prepare the jury
8 instructions, verdict form, and statement of the case to be used at trial for the parties to review.
9 At that time, the Court will address any concerns or objections to the proposed set of instructions.
10 In addition, the Court can and will provide Plaintiff with exhibit stickers, if necessary.  Lastly, the
11 Court notes that subsequent to the filing of Plaintiff's pretrial statement, he submits that he was
12 provided photographs from Defendants on February 21, 2025, despite the previous statement that
13 the photographs were not provided.  (See ECF No. 252 at 20, n. 12; ECF No. 268 at 2.)

IT IS SO ORDERED.

Dated:   **April 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge