UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON, et al.,<br><br>　　　　Defendants. | No.  1:21-cv-01461-SAB (PC)<br><br>ORDER REGARDING RETURN OF EXTRA WITNESS FEE MONEY ORDERS<br><br>(ECF Nos. 266) |

　　　Plaintiff Adam Jay Stone is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is currently set for jury trial on April 29, 2025.

　　　On March 31, 2025, Plaintiff filed a response to Court's order relating to the submission of two extra money orders, addressed to Vernon Grant (#22079836956 in the amount of $130.33) and Gordon Bowles (#22079836957 in the amount of $29.40).  Plaintiff correctly notes that the Court currently has possession of both of the above-referenced money orders.  However, because it is not clear if these money orders will be necessary during the jury trial, the Court elects to retain the money orders to be returned to Plaintiff (or Christine Hesse) after trial.

IT IS SO ORDERED.

Dated:  **April 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1