# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01461-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, ADAM JAY STONE, CDCR NO. BG-8285 |

Inmate Adam Jay Stone, CDCR No. BG-8285, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __May 1, 2025__

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge