|     |     |
| --- | --- |
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDERSON, et. al.,<br><br>　　　　　Defendants. | No.　1:21-CV-01461-SAB (PC)<br><br>JUDGMENT IN A CIVIL ACTION |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

　　　JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　IT IS HEREBY ORDERED AND ADJUGED that JUDGMENT be entered in favor of all Defendants and against Plaintiff on all of plaintiff's claims, according to the verdict of the trial the jury returned in open Court on May 01, 2025.

　　　The Clerk of the Court is instructed to close this case.

Dated:  May 02, 2025　　　　　　　　　　KEITH HOLLAND, CLERK OF THE COURT

　　　　　　　　　　　　　　　　　　　By: /s/ Jan Nguyen
　　　　　　　　　　　　　　　　　　　　　Jan Nguyen, Deputy Clerk

1