UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>             Plaintiff,<br><br>   v.<br><br>ANDERSON, et al.,<br><br>             Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN OF TWO EXTRA MONEY ORDERS<br><br>(ECF No. 285) |

This matter proceeded to a jury trial on April 29, 2025, on Plaintiff's claims against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson. On May 1, 2025, the jury returned a verdict in favor of Defendants and against Plaintiff. (ECF No. 310.) Judgment was entered accordingly. (ECF No. 307.)

Pursuant to the Court's April 11, 2025, order, it is HEREBY ORDERED that the Clerk of Court shall return the two extra money orders, addressed to Vernon Grant (#22079836956 in the amount of $130.33) and Gordon Bowles (#22079836957 in the amount of $29.40), to Christine Hesse, at her address previously provided.

IT IS SO ORDERED.

Dated:  **May 16, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1