UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDERSON, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01461-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OBJECTIONS<br><br>(ECF No. 315) |

This matter proceeded to a jury trial on April 29, 2025, on Plaintiff's claims against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson. On May 1, 2025, the jury returned a verdict in favor of Defendants and against Plaintiff. (ECF No. 310.) Judgment was entered accordingly. (ECF No. 307.)

On May 7, 2025, Defendants filed a bill of costs. (ECF No. 312.) A declaration in support of the bill of costs was filed on May 15, 2025. (ECF No. 313.)

Plaintiff filed objections to the bill of costs on May 23, 2025. (ECF No. 315.)

It is HEREBY ORDERED that Defendants shall file a response to Plaintiff's objections on or before **June 4, 2025**.

IT IS SO ORDERED.

Dated: **May 28, 2025**

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1