UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JAY STONE,<br><br>           Plaintiff,<br><br>      v.<br><br>ANDERSON, et al.,<br><br>           Defendants. | No.  1:21-cv-01461-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN ALL REMAINING MONEY ORDERS |

This matter proceeded to a jury trial on April 29, 2025, on Plaintiff's claims against Defendants B. Gonzales, G. Morales, K. Gonzales, and Anderson.  On May 1, 2025, the jury returned a verdict in favor of Defendants and against Plaintiff.  (ECF No. 310.)  Judgment was entered accordingly.  (ECF No. 307.)

The Clerk of Court is HEREBY DIRECTED to return all remaining money orders to Christine Hesse, at her address previously provided.

IT IS SO ORDERED.

Dated:   **May 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1